UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80636-CIV-RYSKAMP/WHITE

ELIAS MORALES,

    Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S
OFFICE, ET AL.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    THIS CAUSE comes before the Court pursuant to the Preliminary Report of United States Magistrate Judge Patrick A. White, filed July 7, 2009 **[DE 9]**. No objections have been filed. The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record. It is hereby

    ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. Defendant Sheriff Bradshaw is DISMISSED as a party to this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. It is further

    ORDERED AND ADJUDGED that the claim of denial of due process in the disciplinary proceedings is DISMISSED pursuant to the same provision for failure to state a claim upon which relief can be granted. Finally, it is

    ORDERED AND ADJUDGED that the claim concerning excessive use of force against

2

Defendant Deputy Castillo shall remain pending.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 19th day of August, 2009.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE